THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD RUDY,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 4:20-cr-00077-DN-4<br><br>District Judge David Nuffer |

Defendant Chad Rudy moves for early termination of his Supervised Release ("Motion").[1] Mr. Rudy was sentenced to a term of 60 months supervised release following his conviction. Mr. Rudy's term of supervised release began on November 9, 2023, and is scheduled to end on November 8, 2028.[2]

Mr. Rudy argues termination is appropriate because:

(1)     Mr. Rudy has completed over half of his supervised release with no violations, including passing all of his drug tests;

(2)     Mr. Rudy is employed as a truck driver and has displayed a commendable amount of fiscal responsibility including starting a 401(k) savings account;

(3)     Mr. Rudy has made every effort to repair relationships with his children and other family members which he considers his "greatest accomplishment of all";[3]

---

[1] Pro Se Motion for Early Termination of Supervised Release ("Motion"), docket no. 219, filed May 22, 2026.

[2] *Id*. at 1.

[3] Motion at 1.

Mr. Rudy has also shared that he is asking for early release to make more money for his family: "I am a truck driver for a living. I can make a better living by driving over the road, That is impossible while being on supervision and having to get cleared for every day that I drive."[4]

The Probation Office and the United States Attorney's Office both commend Mr. Rudy's performance under Supervised Release: "Mr. Rudy has performed well on supervision. He has been cooperative and responsive to Probation, reporting each month as requested, and has had no known issues of noncompliance and no new arrests."[5]

However, both offices declined to recommend early termination because of Mr. Rudy's prior criminal history and significant sentence reduction:

> In reviewing Mr. Rudy's criminal history, it was noted he had 44 criminal history points prior to the instant offense. His guideline range was 188-235 and he was sentenced to 60 months… Probation agrees that Mr. Rudy has done well while on supervision and his progress is to be commended. Probation also acknowledges that the structure of continued supervision for the time ordered would be beneficial and likely aid in Mr. Rudy's continued sobriety and success.[6]

Mr. Rudy's performance under Supervised Release is commendable and undisputed. While his exemplary compliance is recognized, early termination is not yet authorized. Should he continue to perform so well in the future, Mr. Rudy may seek such relief later in his supervision.

---

[4] *Id*.

[5] Report on Person Under Supervision ("Report"), docket no. 225, filed June 8, 2026.

[6] Report at 1.

## ORDER

IT IS HEREBY ORDERED that Mr. Rudy's Pro Se Motion for Early Termination of Supervised Release[7] is DENIED WITHOUT PREJUDICE. Mr. Rudy is permitted to re-file a Motion for Early Termination of Supervised Release in the future.

Signed June 10, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[7] Pro Se Motion for Early Termination of Supervised Release ("Motion"), docket no. 219, filed May 22,, 2026.